# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**RAUL FLORES-RAMIREZ,**

    **Defendant.**

**Case No. 2:12-cr-139**

**Judge Peter C. Economus**

**ORDER**

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. 21) that the plea agreement and Defendant's guilty plea be accepted. The Court accepts Defendant's plea of guilty to Count 1 of the Superseding Information, on which Defendant is hereby adjudged guilty.

**IT IS SO ORDERED.**

                                   **/s/ Peter C. Economus - August 17, 2012**
                                   **UNITED STATES DISTRICT JUDGE**